NUMBER 13-01-192-CR


COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ROGELIO RODRIGUEZ , Appellant,

v.

THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 103rd District Court 

of Cameron County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, ROGELIO RODRIGUEZ , attempted to perfect an appeal from a denial of a motion for judgment nunc pro tunc
entered by the 103rd District Court of Cameron County, Texas, in cause number 97-CR-209-D . The State has filed a
motion to dismiss the appeal.

The Court, having considered the documents on file and the State's motion to dismiss the appeal, is of the opinion that the
State's motion to dismiss the appeal should be granted. The State's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of July, 2001 .